# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Location Code | EV64 |
| Violation Number | 7334545 |
| Officer Name (Print) | 132 |
| Officer No. | 132 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/01/2017 1610 | 36 CFR 4.21(c) |

Place of Offense: S/B GWMP AT CIA

Offense Description: Factual Basis for Charge

SPEED 75/50

L-UX025939         F889

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PRICE JR | IRA | E |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 1CT1664 | MD | 16 | TOYOTA / COROLLA | | SILVER |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

| | Amount |
|---|---|
| Forfeiture Amount | $ 145 |
| + $30 Processing Fee | |
| PAY THIS AMOUNT → Total Collateral Due | $ 175 |

### YOUR COURT DATE

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314, (703) 299-2100

Date: 02/15/2018
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN DEC 26, 2017 14:02

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation        ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident